UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERICK SANCHEZ, etc., *et al*, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN FAMILY MUTUAL ) <br> INSURANCE COMPANY, etc., *et al*., ) <br> ) <br> Defendant, ) | 2:11-cv-1507-KJD-RJJ <br><br><br> O R D E R |

This matter is before the Court on a proposed Stipulated Discovery Plan and Special Scheduling Order (#16).

The Court having reviewed the Stipulation (#16) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Discovery Plan and Special Scheduling Order (#16) is DENIED without prejudice.

IT IS FURTHER ORDERED that discovery is stayed in this case pending a ruling by the court on the Motion to Disqualify (#15).

IT IS FURTHER ORDERED that a hearing on the Motion to Disqualify (#15) is scheduled for Dec. 19, 2011, at 1:30 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that **Defendants' counsel shall FORTHWITH** comply with Special Order #109 adopting the Court's Electronic Filing Procedures, specifically, requiring counsel to provide to chambers a courtesy copy of any filed document that exceeds 50

1  pages in length.  Further, counsel is directed to consult the Local Rules of this Court regarding
2  the proper format for tabbing and indexing oversized documents. Counsel shall have to and
3  including close of business on December 9, 2011, to remedy this deficiency.
4         DATED this   8th    day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge