UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERICK SANCHEZ, etc., *et al*., | )<br>) |
| Plaintiff, | ) 2:11-cv-1507-KJD-RJJ<br>) |
| vs. | )<br>) |
| AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, etc., | )<br>) **ORDER**<br>) |
| Defendant. | )<br>) |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on February 8, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __26th__ day of December, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge