UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERICK SANCHEZ, etc., *et al.*, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1507-KJD-RJJ |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN FAMILY MUTUAL ) | |
| INSURANCE COMPANY, etc., ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on February 8, 2013.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  26th  day of December, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge