# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERICK SANCHEZ, et al.,

    Plaintiff(s),

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No. 2:11-cv-01507-APG-NJK

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

(Docket No. 47)

Pending before the Court is Plaintiffs' Motion to Compel related to their first set of discovery requests. Docket No. 47. Defendant filed a response and Plaintiffs filed a reply. Docket Nos. 49, 51. The Court held a hearing on the motion on May 29, 2013. *See* Docket No. 68. For the reasons discussed more fully at the hearing, the motion is **GRANTED** as follows:

<u>Request for Production 1</u>: This request relates to the underwriting policy. The Court **GRANTS** the motion to compel. Defendant shall produce the documents.

<u>Request for Production 7</u>: This request relates to policies and procedures concerning casualty claims handling. The Court **GRANTS** the motion to compel. To the extent any responsive documents have not been produced, Defendant shall produce the documents and shall identify by Bates number the responsive documents. Defendant shall also provide a written response detailing the search undertaken to locate responsive documents. If, after a reasonable search, Defendant is unable to locate any additional responsive documents, then Defendant must so certify under oath.

<u>Request for Production 8</u>: This request was withdrawn.

<u>Requests for Production 12-16</u>: These requests relate to training materials of certain of Defendant's employees. The Court **GRANTS** the motion to compel. Defendant shall undertake a reasonable search to determine which employees completed which training. To the extent Defendant

can identify which employees completed which training, Defendant is required to make the identification. Defendant shall also provide a written response detailing the search undertaken to do so. If after a reasonable search, Defendant is unable to identify which employees completed which training, then Defendant must so certify under oath.

Requests for Production 17-20: These requests relate to portions of employment files of Defendant's enumerated employees. The Court **GRANTS** the motion to compel. Defendant must produce the documents to the extent they relate to claims handling. With respect to any documents related to medical issues of Ms. Inabinet, such information shall be presented to the Court *in camera*.

Requests for Production 22-25: These requests relate to policies and procedures for claims handling and training. The Court **GRANTS** the motion to compel. To the extent any responsive documents from 2009 to 2011 have not been produced, Defendant shall produce the documents and shall identify by Bates number the responsive documents. Defendant shall also provide a written response detailing the search undertaken to locate responsive documents. If, after a reasonable search, Defendant is unable to locate any additional responsive documents, then Defendant must so certify under oath.

Request for Production 27: This request was withdrawn.

Defendant shall provide the additional discovery responses discussed above no later than June 28, 2013.

IT IS SO ORDERED.

DATED: June 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge