NELSON L. COHEN, ESQ.
Nevada State Bar No. 7657
PAUL A. ACKER, ESQ.
Nevada State Bar No. 3670
BREMER WHYTE BROWN & O'MEARA LLP
1160 NORTH TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
ncohen@bremerwhyte.com
packer@bremerwhyte.com

Attorneys for Defendant,
AMERICAN FAMILY MUTUAL INSURANCE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERICK SANCHEZ, individually; TANIA SANCHEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X inclusive, <br><br> Defendants. | Case No. 2:11-cv-01507-APG-NJK <br><br> **STIPULATION/ORDER FOR DISMISSAL OF LITIGATION WITH PREJUDICE** |

COMES NOW, Plaintiffs ERICK AND TANIA SANCHEZ ("Plaintiffs"), by and through their attorney of record, Dennis Prince, Esq. of the law firm of PRINCE AND KEATING, and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, Nelson L. Cohen, Esq. and Paul A. Acker, Esq. of the law firm of BREMER WHYTE BROWN & O'MEARA, LLP, and hereby agree to dismiss this litigation with

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Dr.
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1183\726\Closing\Stip-Order Dismissal.doc

prejudice. The parties further agree that all parties will bear their own attorney's fees and costs in connection with these claims.

DATED this ___ day of September, 2013.  DATED this ___ day of September, 2013.

**PRINCE AND KEATING**  **BREMER WHYTE BROWN & O'MEARA, LLP**

By: _____
Dennis Prince, Esq.
Nevada Bar No. 5092
3230 South Buffalo Drive, Suite 108.
Las Vegas, Nevada 89117
*Attorney for Plaintiffs*

By: _____
Nelson L. Cohen, Esq.
Nevada Bar No. 7657
Paul A. Acker, Esq.
Nevada Bar No. 3670
1160 N. Town Center Drive, #250
Las Vegas, Nevada 89144
*Attorneys for Defendant*

## ORDER

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed with prejudice and that the parties shall bear their own costs and attorneys fees in connection with these claims.

September 26, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**BREMER WHYTE BROWN & O'MEARA, LLP**

By: _____
Nelson L. Cohen, Esq.
Nevada Bar No. 7657
Paul A. Acker, Esq.
Nevada Bar No. 3670
1160 N. Town Center Drive, #250
Las Vegas, Nevada 89144
*Attorneys for Defendant*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Dr.
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1183\726\Closing\Stip-Order Dismissal.doc